# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00385-CV

**Texas Disposal Systems, Inc.; Texas Disposal Systems Landfill, Inc.; and Texas Landfill Management, LLC, Appellants**

**v.**

**Judith Kent, Appellee**

### FROM THE 250TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-21-005768, THE HONORABLE LAURIE EISERLOH, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss this appeal. We reinstate the appeal from abatement, grant Appellants' request, and dismiss the appeal. *See* Tex. R. App. P. 42.1(a). Each side shall bear its own costs, in accordance with the parties' agreement. *See* Tex. R. App. P. 42.1(d).

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed on Appellants' Motion

Filed: July 14, 2026